DANIEL BRODERICK, Bar #89424
Federal Defender
CARO MARKS, CA Bar #159267
Senior Litigator
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700                              **OK/HAV**

Attorney for Defendant
ISREAL BAUTISTA-PLANCARTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-06-483 DFL |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ISREAL BAUTISTA-PLANCARTE, ) | Date: January 25, 2007 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Judge: Hon. David F. Levi |
| _____ ) | |

It is hereby stipulated between the parties, Michael Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Caro Marks, attorney for defendant ISREAL BAUTISTA-PLANCARTE as follows:

The Status Conference Date of January 4, 2007 should be vacated and a new status conference date of January 25, 2007 should be set.

The reason for the continuance is that the pre-plea report was received by defense counsel on the last working day before she left for vacation. Once the report is reviewed by counsel, she will need to review it with her client.

The parties stipulate and agree that time under the Speedy Trial Act should be excluded pursuant to Title 18 USC §1361(h)(8)(B)(iv), and Local Code T-4, to allow counsel reasonable time to prepare.

Dated: January 8, 2007

    Respectfully submitted,
    DANIEL BRODERICK
    Federal Defender

    /s/ Caro Marks
    _____
    CARO MARKS
    Assistant Federal Defender
    Attorney for Defendant
    ISREAL BAUTISTA-PLANCARTE

Dated: January 8, 2007

    MCGREGOR SCOTT
    United States Attorney

    /s/ Michael Beckwith
    _____
    MICHAEL BECKWITH (approval by Ben Wagner  telephonically)
    Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED.**

Dated: January 8, 2007

    /s/ David F. Levi
    DAVID F. LEVI
    United States District Judge